# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3761

_____

Houmam Kouaici,

*Petitioner*,

v.

Jefferson B. Sessions, III, Attorney General of the United States,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 6, 2017
Filed: July 11, 2017
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Moroccan citizen Houmam Kouaici petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge who denied him asylum and withholding of removal. This court lacks jurisdiction to review the agency's determination that Kouaici's asylum application was untimely filed. *See Cambara-Cambara v. Lynch*, 837 F.3d 822, 825

(8th Cir. 2016).  We conclude that substantial evidence supports the agency's denial of withholding of removal on the ground that Kouaici failed to establish that he would be subject to future persecution in Morocco based on a protected ground.  *See Fesehaye v. Holder*, 607 F.3d 523, 526 (8th Cir. 2010).  The petition is therefore denied.  *See* 8th Cir. R. 47B.

_____